# United States Bankruptcy Court
# Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367−6603**

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Yvette M Adams

**BANKRUPTCY NO.** 1:09−bk−17758−GM

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7429
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 8/7/09

**Address:**
24771 Sagecrest Circle
Stevenson Ranch, CA 91381

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

Dated: August 7, 2009

For The Court,
**Jon D. Ceretto**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24     **26 / RK2**